UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOELSKE, DANIEL J § Case No. 10-52502
FOELSKE, PAMELA R. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at _10:00_ on _9/1/11_ in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/22/2011         By: /s/CHARLES J. MYLER_____
                                         Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOELSKE, DANIEL J
   FOELSKE, PAMELA R.

§ Case No. 10-52502
§
§
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   5,000.03

*and approved disbursements of*    $   0.00

*leaving a balance on hand of* [1]    $   5,000.03

**Balance on hand:**    $   5,000.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   5,000.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 1,250.00 | 0.00 | 1,250.00 |
| Trustee, Expenses - Charles J. Myler | 13.87 | 0.00 | 13.87 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 3,000.00 | 0.00 | 3,000.00 |

Total to be paid for chapter 7 administration expenses:   $   4,263.87
Remaining balance:   $   736.16

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 736.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,908.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 2,908.48 | 0.00 | 736.16 |

Total to be paid for priority claims: $ 736.16
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,336.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Von Maur Inc | 158.69 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 5,185.95 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 2,879.17 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 15,071.71 | 0.00 | 0.00 |
| 5U | Illinois Department of Revenue | 587.76 | 0.00 | 0.00 |
| 6 | PNC BANK | 1,551.34 | 0.00 | 0.00 |
| 7 | GE Money Bank | 902.33 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Arrow Assets Inc | 0.00 | 0.00 | 0.00 |
| 9 | MAB Electric, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 10-52502-MB
Daniel J Foelske                                                           Chapter 7
Pamela R. Foelske
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan              Page 1 of 2            Date Rcvd: Jul 21, 2011
                              Form ID: pdf006              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
```
db/jdb     +Daniel J Foelske,   Pamela R. Foelske,   113 North Harrison Street,   Batavia, IL 60510-1803
aty        +Darrell L Jordan,   Law Offices of Darrell L. Jordan,   1999 West Galena, Suite B,
             Aurora, IL 60506-4305
aty        +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
16468121  +++Arrow Assets Inc,   Post Office Box 205,   Elburn, IL 60119-0205
16574078   +Batavia Buildings,   9 S Batavia Ave,   Batavia, IL 60510-2448
16468122   +Capital One Bank,   Post Office Box 30281,   Salt Lake City, UT 84130-0281
16468123   +Capital One Bank,   Post Office Box 6492,   Carol Stream, IL 60197-6492
16730604    Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 71083,
             Charlotte, NC  28272-1083
16468124   +Chase,   Cardmember Service,   Post Office Box 15153,   Wilmington, DE 19850-5153
16736787    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16468125    Comcast,   Post Office Box 3002,   Southeastern, PA  19398-3002
16468126    Credit Protection Association,   Comcast,   Post Office Box 3002,   Southeastern, PA  19398-3002
16468117   +FOELSKE DANIEL J,   113 North Harrison Street,   Batavia, IL 60510-1803
16468118   +FOELSKE PAMELA R,   113 North Harrison Street,   Batavia, IL 60510-1803
16468127   +GMAC,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
16468128  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Household Credit Services,   HSBC,   Post Office Box 98706,
             Las Vegas, NV  89193)
16701457   +IDOR BK UNIT,   100 Randolph street 100,   Chicago,IL 60601-3218
16701458   +IRS,   Centalized Insolvency Dept,   Pob 21125,   Phillidelphia, PA 19114-0325
17071491    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
16468129    JP Morgan Chase & Co.,   Commercial Card Solutions,   Post Office Box 4471,
             Carol Stream, IL  60197-4471
16468119   +Law Offices of Darrell L Jordan,   1999 Galena Blvd,   Aurora, IL 60506-4305
16701459    Lending Club,   300 Convention Way,   Redwood City, CA 94063
16468130   +MAB Electric, Inc.,   Post Office Box 545,   Batavia, IL 60510-0545
16701460   +Merthanct Cash & Capital,   450 Park Ave South 11th flr,   New York,NY 10016-7320
17083467   +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
16468131    PNC Bank,   Post Office Box 856771,   Louisville, KY  40285-6177
16468132   +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
16468134  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   Post Office Box 790084,   St. Louis, MO  63179-0084)
16468135  +++Von Maur Inc,   6565 Brady Street,   Davenport, IA 52806-2054
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16468120    +E-mail/Text: bkr@cardworks.com Jul 21 2011 19:10:43      Advanta Credit Cards,
             Post Office Box 5657,   Hicksville, NY 11802-5657
17124981     E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 21:45:04      GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16468133    +E-mail/PDF: pa_dc_claims@salliemae.com Jul 21 2011 22:05:10      Sallie Mae,
             Post Office Box 9500,   Wilkes-Barre, PA 18773-9500
16468136     E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 21:45:04      Walmart/GEMB,
             Post Office Box 530927,   Atlanta, GA  30353-0927
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
aty*        +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
             Aurora, IL 60505-3338
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: esullivan         Page 2 of 2              Date Rcvd: Jul 21, 2011
                              Form ID: pdf006         Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                    **Signature:**    _Joseph Speetjens_