UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOELSKE, DANIEL J § Case No. 10-52502
FOELSKE, PAMELA R. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $229,800.00<br>*(without deducting any secured claims)* | Assets Exempt: $38,300.00 |
| Total Distribution to Claimants: $701.69 | Claims Discharged<br>Without Payment: $114,419.03 |
| Total Expenses of Administration: $4,298.46 | |

3) Total gross receipts of $ 5,000.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $258,900.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 13.87 | 5,068.46 | 4,298.46 | 4,298.46 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 14,517.19 | 2,908.48 | 2,908.48 | 701.69 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 198,019.64 | 131,663.03 | 26,336.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $471,450.70 | $139,639.97 | $33,543.89 | $5,000.15 |

4) This case was originally filed under Chapter 7 on November 24, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2011          By: /s/CHARLES J. MYLER
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jane Barrick's Roadhouse, Inc. and unincorporate | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.15 |
| TOTAL GROSS RECEIPTS | | $5,000.15 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 37,400.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage | 4110-000 | 215,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 6,500.00 | N/A | N/A | 0.00 |
| TOTAL SECURED CLAIMS | | | $258,900.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Charles J. Myler | 2200-000 | N/A | 13.87 | 13.87 | 13.87 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 3,770.00 | 3,000.00 | 3,000.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 9.59 | 9.59 | 9.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,068.46 | 4,298.46 | 4,298.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Illinois Department of Revenue | 5800-000 | 3,504.62 | 2,908.48 | 2,908.48 | 701.69 |
| NOTFILED | IRS Centralized Insolvency Dept. | 5200-000 | 11,012.57 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 14,517.19 | 2,908.48 | 2,908.48 | 701.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Von Maur Inc | 7100-000 | 141.49 | 158.69 | 158.69 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 4,844.50 | 5,185.95 | 5,185.95 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 3,055.05 | 2,879.17 | 2,879.17 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 14,891.11 | 15,071.71 | 15,071.71 | 0.00 |
| 5U | Illinois Department of Revenue | 7100-000 | N/A | 587.76 | 587.76 | 0.00 |
| 6 | PNC BANK | 7100-000 | 1,224.77 | 1,551.34 | 1,551.34 | 0.00 |
| 7 | GE Money Bank | 7100-000 | N/A | 902.33 | 902.33 | 0.00 |
| 8 | Arrow Assets Inc | 7200-000 | 60,000.00 | 68,426.08 | 0.00 | 0.00 |
| 9 | MAB Electric, Inc. | 7200-000 | 39,000.00 | 36,900.00 | 0.00 | 0.00 |
| NOTFILED | Household Credit Services HSBC | 7100-000 | 3,334.22 | N/A | N/A | 0.00 |
| NOTFILED | Batavia Buildings | 7100-000 | 35,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 374.84 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | JP Morgan Chase & Co. Commercial Card Solutions | 7100-000 | 8,308.98 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 6,785.28 | N/A | N/A | 0.00 |
| NOTFILED | Walmart/GEMB | 7100-000 | 890.09 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 3,603.50 | N/A | N/A | 0.00 |
| NOTFILED | Merthant Cash & Capital | 7100-000 | 2,860.45 | N/A | N/A | 0.00 |
| NOTFILED | Lending Club | 7100-000 | 12,930.36 | N/A | N/A | 0.00 |
| NOTFILED | IRS Centralized Insolvency Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 198,019.64 | 131,663.03 | 26,336.95 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-52502
Case Name: FOELSKE, DANIEL J
FOELSKE, PAMELA R.
Period Ending: 10/12/11

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 11/24/10 (f)
§341(a) Meeting Date: 01/10/11
Claims Bar Date: 04/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Primary Residence, Batavia, IL 60510<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 215,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account located at Fifth Third Bank acc<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 400.00 | 0.00 | DA | 0.00 | FA |
| 3. | Miscellaneous Household Goods and Furnishings au<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books and pictures stamp, coin, re<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Miscellaneous Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. | Wedding Rings<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Insurance Policy with Company with Thrivent. ins<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. | Jane Barrick's Roadhouse, Inc. and unincorporate<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14; Original petition value: 0.00 | 4,200.00 | 4,200.00 | | 5,000.00 | FA |
| 9 | 2006 Chevrolet Impala (30,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jane Barrick's Roadhouse, Inc. and Windmill & Bu<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 14 | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.15 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $234,000.00 | $4,200.00 | | $5,000.15 | $0.00 |

Printed: 10/12/2011 01:18 PM   V.12.57

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 10-52502
Case Name: FOELSKE, DANIEL J
FOELSKE, PAMELA R.
Period Ending: 10/12/11

Trustee: (330510)  CHARLES J. MYLER
Filed (f) or Converted (c): 11/24/10 (f)
§341(a) Meeting Date: 01/10/11
Claims Bar Date: 04/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Trustee has sold debtor's restaurant equipment in Batavia, IL; distribution made 9/2/11

Initial Projected Date Of Final Report (TFR):   June 30, 2011         Current Projected Date Of Final Report (TFR):   July 20, 2011 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Case Number: 10-52502
Case Name: FOELSKE, DANIEL J
FOELSKE, PAMELA R.
Taxpayer ID #: **-***7749
Period Ending: 10/12/11

Trustee: CHARLES J. MYLER (330510)
Bank Name: The Bank of New York Mellon
Account: 9200-******56-65 - Money Market Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/11 | {8} | Gammon Coach House LLC | Purchase of restaurant equipment | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.07 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.11 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 9.59 | 4,990.52 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 4,990.56 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,965.56 |
| 09/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,965.56 |
| 09/02/11 | | To Account #9200******5666 | Transfer to checking | 9999-000 | | 4,965.56 | 0.00 |
| 09/02/11 | 1001 | CHARLES J. MYLER | Voided on 09/02/11 | 2100-003 | | 1,250.00 | -1,250.00 |
| 09/02/11 | 1001 | CHARLES J. MYLER | Voided: check issued on 09/02/11 | 2100-003 | | -1,250.00 | 0.00 |

|  | ACCOUNT TOTALS | 5,000.15 | 5,000.15 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 4,965.56 | |
|  | Subtotal | 5,000.15 | 34.59 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $5,000.15 | $34.59 | |

Printed: 10/12/2011 01:18 PM V.12.57

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-52502
**Case Name:** FOELSKE, DANIEL J
           FOELSKE, PAMELA R.
**Taxpayer ID #:** **-***7749
**Period Ending:** 10/12/11

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/11 | | From Account #9200******5665 | Transfer to checking | 9999-000 | 4,965.56 | | 4,965.56 |
| 09/02/11 | 101 | CHARLES J. MYLER | | 2100-000 | | 1,250.00 | 3,715.56 |
| 09/02/11 | 102 | Charles J. Myler | | 2200-000 | | 13.87 | 3,701.69 |
| 09/02/11 | 103 | Myler, Ruddy & McTavish | | 3110-000 | | 3,000.00 | 701.69 |
| 09/02/11 | 104 | Illinois Department of Revenue | xxxx- 3802 and 1256 | 5800-000 | | 701.69 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 4,965.56 | 4,965.56 | $0.00 |
| Less: Bank Transfers | | 4,965.56 | 0.00 | |
| Subtotal | | 0.00 | 4,965.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $4,965.56 | |

Net Receipts: 5,000.15
Net Estate: $5,000.15

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******56-65 | 5,000.15 | 34.59 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 4,965.56 | 0.00 |
| | $5,000.15 | $5,000.15 | $0.00 |

Printed: 10/12/2011 01:18 PM   V.12.57